RECEIVED BY MAIL
FEB 23 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**________________ DIVISION**

Lloyd Gilmore

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

v.

Cape Girardeau City Police, et al

*(Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Case No: 1:22CV22 AGF
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☑ Yes ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

# I. The Parties to this Complaint

## A. The Plaintiff

Name: Lloyd Darneil Gilmore

Other names you have used: –

Prisoner Registration Number: 1097558

Current Institution:
Cape County Jail

Indicate your prisoner status:

- [x] Pretrial detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): ____________

## B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Blake Leadbetter

Job or Title: Was a Cape City officeR

Badge/Shield Number: unKnown

Employer: Cape City DPS

Address: ____________

____ Individual Capacity ✓ Official Capacity

**Defendant 2**

Name: Nicholas Ma'lberry

Job or Title: Cape City Police officer

Badge/Shield Number: Unknown

Employer: ______

Address: ______

☐ Individual Capacity ☑ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

On May 20, 2020 at Approximately 1:15 PM officer Blake Leadbetter tazed me twenty times while I was in hand cuffs & leg ~~Shag~~ Shackles. He was pushing My head in the ground Cutting off my Circulatio This is on body Cam I have the Video! Officer Mayberry Punched me over & over after I got tazed & I was in hand Cuffs & leg Shackles when he did so. This is all on Video. I have the Video!!! They almost Killed me it's on tape!!!

## III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

here is a Copy of my inJuries

RECEIVED BY MAIL

FEB 23 2022




**Relief**

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I want 50 million dollar because the tourcherd me while I was helpless in handcuffs + leg ShaKles!!!

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes ☑ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes ☐ No ☐ Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes ☐ No ☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

---

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:



This incident happened on the parking lot of West Park mall. I was in ICU 4 days then transported to County Jail

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I Reported it to Cape County Jail + here's an inclosed copy of medical info.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have Video + Police Reports

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes ☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

Plaintiff ______

Defendant(s) ______

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ______

4. Name of Judge assigned to your case ______

RECEIVED
BY MAIL
FEB 2 3 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

5. Approximate date of filing lawsuit ______________________

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*): ______________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

Plaintiff ______________________

Defendant(s) ______________________

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ______________________

4. Name of Judge assigned to your case ______________________

5. Approximate date of filing lawsuit ______________________

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):________________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of February, 20 22

Signature of Plaintiff Lloyd D. Gilmore

( ) Telemedicine (✓) New Visit ( ) Follow-up

( ) MD ( ) NP/PA (✓) Nurse

Medical Progress Note

Date: 5-23-2020 Time: 0915

Patient Name: Gilmore, Lloyd DOB: 9-25-81 Age:

Allergies: NKDA Inmate ID #:

Are you having thoughts of self-harm? "NO

Subjective Complaint: NKDA Duration:

Vitals: BP: 116/82 Pulse: 95 Resp: Temp: 98.1 Weight: 164 Pulse Oximetry: 96

Objective | Labs | X-rays

Eye / Head/Ears/Nose/Throat / Lungs/Chest / Heart / Abdomen / Genito-Urinary / Musculoskeletal / Skin / Neuro / Other:

Heart sound normal and regular, lung sounds clear no labored breathing. taze marks on back. Breaks in skin throughout back and both arm. Break in skin in forehead (L) ankle is swollen and hot to touch. Break in skin on (R) elbow. C/o pain throughout body. Inmate states no medical conditions other than asthma

Practitioner Assessment:

Set up with Mental Health and F/U with MD

Plan: OAN MD: T.O. ① Risperidone 1mg tab PO BID x 14 day and evaluate
② Put in appt with mental health
③ MD F/U from ER

No other complaints by patient: X

Follow-up: MSR as needed

Patient Education: Do not resist officers

Orders Processed By:

Nurse Signature

Practitioner Signature

0117 Medical Progress Note

Client refused to meet with QMHP. 05/2

[signature] QMHP

Lloyd Gilmore
216 North Missouri
Jackson Mo. 63755

SAINT LOUIS MO 630
18 FEB 2022 PM 10 L



RECEIVED
BY MAIL
FEB 23 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Office of the Clerk
U.S. District Court
Eastern District of Missouri
Southern Division
555 Independence suite
2000. Cape Girardeau
Mo. 63701

63703382355 C004



Lloyd Gilmore
216 north missouri st
Jackson Mo. 63755
USA FOREVER
Office of the Clerk
U.S. District Court
Eastern District of Misso
Southern Division
555 Independence su
Cape Girardeau Mo.
RECEIVED BY MAIL
FEB 23 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU