

**MISSOURI
DEPARTMENT OF SOCIAL SERVICES
FAMILY SUPPORT DIVISION**
10-07-2025

Nathan Graves
111 South 10th Street
Saint Louis  MO  63102

File in Circuit Court Case No.:  1:22-CV-00022
Re:  LLOYD D GILMORE
Support Order No./County:
09SOMC00734, SCOTT COUNTY

Dear Clerk:

It has come to our attention that a claim, counterclaim and/or suit at law has been filed with your court by the above-referenced child support obligor.  As authorized by Section 454.518, RSMo, we are enclosing a *Notice of Lien on Claims, Counterclaims and Suits at Law* (CSE-669) upon the action identified as: Gilmore v. Cape Girardeau City Police; circuit court case number:  1:22-CV-00022.

Please add the date of mailing on page two (2) of the lien form and file this Notice. The statute requires that copies be sent to the obligor and all attorneys of record. I ask that you also send a copy to my attention at the Family Support Division office at the address listed below.

Sincerely,

COURTNEY PINKERTON
Child Support Specialist
WEST PLAINS FSD
PO BOX 6790
JEFFERSON CITY,  MO  65102-6790
(866) 313-9960

Enclosure

**"AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER"**
services provided on a nondiscriminatory basis

## STATE OF MISSOURI, DEPARTMENT OF SOCIAL SERVICES
### BEFORE THE DIRECTOR, FAMILY SUPPORT DIVISION

| | |
|---|---|
| Lloyd Gilmore | File in Circuit<br>Court Case No.: 1:22-CV00022 |
| vs. | Support Order No./County:<br>09SOMC00734, SCOTT COUNTY |
| Cape Girardeau City Police, Et Al. | IV–D Case No.: 61317142 |

### NOTICE OF LIEN ON CLAIMS, COUNTERCLAIMS AND SUITS AT LAW

PLEASE BE ADVISED that pursuant to Section 454.518, RSMo, the Director of the Family Support Division hereby places a lien upon any claims, counterclaims and suits at law that result in sums payable to the obligor arising out of Lloyd Gilmore vs. Cape Girardeau City Police, Et Al.; Circuit Court Case Number 1:22-CV00022. This obligor is delinquent in spousal and/or child support payments in an amount exceeding one hundred dollars.

Name of Obligor: LLOYD D GILMORE

Address of Obligor:   , SCOTT COUNTY JAIL, PO BOX 279, BENTON,  MO
                63736-0279

Social Security Number of Obligor: XXX-XX-5320

Name of Support Obligee: RONEICIA SHADAY MCCAIN

Amount of Delinquent Support: 57,657.66


Pursuant to Section 454.518.5, RSMo, the Clerk of the Court shall mail a copy of this notice to the obligor and to all attorneys of record.

This lien shall attach to all benefits payable to the obligor named, five days after the date of mailing entered below by the Clerk.

<table>
<tr><td>

I hereby certify that on this _____ day of _____, ____, the Clerk of the Court of _____ County mailed a copy of this Notice to all concerned parties specified herein.

<br><br>

_____

(Authorized Signature)

Within five days of the above date, all parties shall be deemed to have received this Notice.

(Section 454.518.5, RSMo)

</td><td>

_____
Authorized Representative of the Director

Date: _____

</td></tr>
</table>

## INFORMATION FOR ALL ATTORNEYS OF RECORD

If a lump–sum payment is made to the obligor, the amount sent to the Family Support Payment Center listed below shall be fifty percent (50%) of the lump sum or the amount of delinquency stated herein, whichever is less.

**SEND WITHHOLDING TO:**

**FAMILY SUPPORT PAYMENT CENTER**
**PO Box 109004**
**Jefferson City, MO 65110–9004**

Please include on or with each payment the obligor's name, Social Security number, the support order number and/or the IV–D case number.

MISSOURI DEPARTMENT OF SOCIAL SERVICES
FAMILY SUPPORT DIVISION
PO BOX 6790
JEFFERSON CITY  MO 65102-6790

MO 886-4505 (8-12)

**RECEIVED**

OCT 1 4 2025

**BY MAIL**

FIRST-CLASS

US POSTAGE ℔ PITNEY BOWES

ZIP 63555   $ 000.74⁰
02  7W
0008035006 OCT  07  2025

63102$1125 C006