**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| LLOYD GILMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.1:22-cv-00022-CMS |
| v. | ) | |
| | ) | |
| NICHOLAS MAYBERRY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of all remaining claims with prejudice. Each party shall bear their own attorney's fees and costs.

/s/ Brendan Roediger
Matt Vigil, Mo 64215
Brendan Roediger, Mo 60585
Saint Louis University School of Law
100 N. Tucker Blvd., Ste 704
St. Louis, MO  63101-1911
314.977.2778
Matt.Vigil@slu.edu
Brendan.Roediger@slu.edu
Attorneys for Plaintiff

**FRANKE SCHULTZ & MULLEN, P.C.**
/s/ Bradley J. Sylwester
Bradley J. Sylwester, #49208
231 S. Bemiston Ave., Suite 1200
St. Louis, MO 63105
(314) 455-8300 Phone
(314) 455-8301 Fax
bsylwester@fsmlawfirm.com
Attorney for Defendants

1